THE EAST 98TH ST. CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

DANIEL T. GILMARTIN and Others v. JOHN J. DAY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of WILLIAM F. MOORE. In the Matter of ARONSON v. THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the Application of WILLIAM F. MOORE. In the Matter of O'NEIL v. THE BOARD OF ELECTIONS OF THE CITY OF NEW YORK.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

UNITED STATES TRUST COMPANY OF NEW YORK, as Ancillary Administrator, etc., v. ERNEST T. GREINER and Others, Impleaded with A. B. LEACH & Co., INC. — Motion for leave to appeal to the Court of Appeals granted; question certified. Motion for reargument denied. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ERNEST BREWER Co., INC., v. THE H. C. ERVIN COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ADOLPH ROSENBACH v. WERTHEIMER, PLEHN & LEVY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

PIERCE BARRON GARDINER v. MARGARET (Also Known as MADGE) GARDINER.— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

GERTRUDE HIMMELMAN v. 540 WEST 146TH ST., INC., and Others, Impleaded with CAPITAL CITY SURETY COMPANY.— Motion granted; appellant's time to file and serve the papers on appeal is extended to November 27, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

EXCHANGE BAKERY & RESTAURANT, INC., v. LOUIS RIFTIN, Individually and as President, etc., and Others.— Motion granted pending determination by this court of the appeal herein, upon condition that the appeal be promptly brought on for argument. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

AUSTIN J. HARE and Others v. HUNTER MANUFACTURING AND COMMISSION COMPANY and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

FRANCIS L. KOHLMAN, as Trustee, etc., v. S. PARKER BREMER and Others.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THEOLA BOUTON v. REGNOR REALTY CORPORATION.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

In the Matter of the BOARD OF TRANSPORTATION, etc. (53d Street and East River Route, etc.).— Motion granted. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

THE CITY OF NEW YORK, Appellant, v. SECURITIES INVESTING FUND, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

PIERRE C. WADDINGTON, Appellant, v. JAMES B. REGAN, Respondent.— Judg-